No. 87–1876.  ASSOCIATED CONVALESCENT ENTERPRISES, INC. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 87–1883.  MALONE *v.* FRANK, UNITED STATES POSTMASTER GENERAL, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 87–1885.  MAGIC II, INC. *v.* GROPPO, COMMISSIONER OF REVENUE SERVICES OF CONNECTICUT.  Sup. Ct. Conn.  Certiorari denied.

No. 87–1886.  GREENBERG *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 87–1890.  LUCIANO PISONI FABBRICA ACCESSORI INSTRUMENTI MUSICALI ET AL. *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 87–1891.  DRUID HILLS CIVIC ASSN., INC., ET AL. *v.* FEDERAL HIGHWAY ADMINISTRATION ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 87–1893.  MILLER *v.* CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 87–1894.  PET, INC. *v.* BUCKNER.  Ct. App. Okla.  Certiorari denied.

No. 87–1895.  EILRICH *v.* REMAS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 87–1900.  FEDERICO ET AL. *v.* LINGL ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 87–1901.  TRANSAMERICAN NATURAL GAS CORP. *v.* UNITED STATES DEPARTMENT OF THE INTERIOR ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 87–1902.  ALLIED-GENERAL NUCLEAR SERVICES ET AL. *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 87–1903.  FITGER BREWING CO. *v.* MINNESOTA.  Ct. App. Minn.  Certiorari denied.

No. 87–1906.  MORRISON ET UX. *v.* COUNTY OF SAN DIEGO.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.